**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-01194-RTG
(**The above civil action number must appear on all future papers
   sent to the court in this action. Failure to include this number
   may result in a delay in the consideration of your claims.**)

ROBERTO HERNANDEZ PLAZA,

      Petitioner,

v.

DAVID JENNINGS, Warden, Denver Contract Detention Facility,
ENFORCEMENT AND REMOVAL OPERATIONS FIELD OFFICE DIRECTOR, Denver
      Field Office, United States Immigration and Customs Enforcement,
TODD M. LYONS, Acting Director, United States Immigration and Customs
      Enforcement,
KRISTI NOEM, Secretary, United States Department of Homeland Security, and
PAMELA JO BONDI, Attorney General of the United States,

      Respondents.

---

## ORDER DIRECTING PETITIONER TO CURE DEFICIENCIES

---

Petitioner, a detainee at an immigration detention facility in Aurora, Colorado, has filed *pro se* a Petition for Writ of Habeas Corpus (ECF No. 1)[1] and "Petitioner's *Ex Parte* Application for Temporary Restraining Order" (ECF No. 2). As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the documents are deficient as described in this order. Petitioner will be directed to cure the following if he wishes to pursue any claims in this action. Any papers that Petitioner files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:

---

[1] "(ECF No. 1)" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic filing system (CM/ECF). The court uses this convention throughout this order.

(1)    ____    is not submitted
(2)    ____    is missing affidavit
(3)    ____    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)    ____    is missing certificate showing current balance in prison account
(5)    ____    is missing required financial information
(6)    ____    is missing authorization to calculate and disburse filing fee payments
(7)    ____    is missing an original signature by the prisoner
(8)    ____    is not on proper form
(9)    ____    names in caption do not match names in caption of complaint, petition or habeas application
(10)   ____    other: _____.

**Complaint, Petition or Application**:
(11)    ____    is not submitted
(12)    xx    is not on proper form (<u>must use the District of Colorado form</u>)
(13)    ____    is missing an original signature by the prisoner
(14)    ____    is missing page nos. ____
(15)    ____    uses et al. instead of listing all parties in caption
(16)    ____    names in caption do not match names in text
(17)    ____    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)    xx    other: <u>all filings must be signed by Petitioner.</u>

Accordingly, it is

ORDERED that Petitioner cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Petitioner files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Petitioner shall obtain the court-approved Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 form, (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Petitioner fails to cure all of the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED March 24, 2026.

BY THE COURT:

Richard T. Gurley
United States Magistrate Judge