IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01194-PAB

ROBERTO HERNANDEZ PLAZA,

     Applicant,

v.

WARDEN, Aurora Contract Detention Facility,

     Respondent.

---

## MINUTE ORDER

---

**Entered by Judge Philip A. Brimmer**

     Applicant's Motion for Voluntary Dismissal Without Prejudice [Docket No. 15] is GRANTED and the instant action is dismissed without prejudice.   All pending motions are denied as moot.

     Dated:   May 5, 2026